UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lyle Brennan, Christopher Richard, and Michael Lundell, on behalf of themselves and other individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Qwest Communications International, Inc., Qwest Communications Corporation, and Qwest Corporation, foreign corporations,<br><br>Defendants. | Civil File No. 07-cv-02024 ADM/JSM<br><br>**PLAINTIFFS' DEMAND FOR ENTRY UPON LAND AND PROPERTY FOR INSPECTION** |

**TO:** Defendants and their attorneys of record.

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs demand entry upon the premises of Qwest Communications International, Inc., Qwest Communications Corporation, and Qwest Corporation at 91 11th Avenue Southwest, Forest Lake, MN 55025 for the purpose of inspection, measuring, surveying, photographing and videotaping the parking lot, entrances, exits, hallways, locker rooms, time-clocks, lunch-room, break-room, rest-room, vehicle storage/garage area, vehicle preparation area, product storage/stock areas, and all areas regularly accessed by non-exempt workers on **March 3, 2010 at 7:30 a.m.**

**EXHIBIT A**

Dated: Feb 11, 10

NICHOLS KASTER, PLLP

James H. Kaster #53946
kaster@nka.com
Matthew H. Morgan #304657
mmorgan@nka.com
Reena I. Desai #0388311
rdesai@nka.com
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3200
Fax (612) 338-4878

ATTORNEYS FOR PLAINTIFFS

2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lyle Brennan, Christopher Richard, and Michael Lundell, on behalf of themselves and other individuals similarly situated, | Civil File No. 07-cv-02024 ADM/JSM |
| Plaintiffs, | **PLAINTIFFS' DEMAND FOR ENTRY UPON LAND AND PROPERTY FOR INSPECTION** |
| v. | |
| Qwest Communications International, Inc., Qwest Communications Corporation, and Qwest Corporation, foreign corporations, | |
| Defendants. | |

**TO:** Defendants and their attorneys of record.

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs demand entry upon the premises of Qwest Communications International, Inc., Qwest Communications Corporation, and Qwest Corporation at 6250 Bury Avenue, Eden Prairie, MN 55372 for the purpose of inspection, measuring, surveying, photographing and videotaping the parking lot, entrances, exits, hallways, locker rooms, time-clocks, lunch-room, break-room, rest-room, vehicle storage/garage area, vehicle preparation area, product storage/stock areas, and all areas regularly accessed by non-exempt workers on **March 4, 2010 at 7:30 a.m.**

1

Dated: Feb 11, 10

NICHOLS KASTER, PLLP

James H. Kaster #53946
kaster@nka.com
Matthew H. Morgan #304657
mmorgan@nka.com
Reena I. Desai #0388311
rdesai@nka.com
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3200
Fax (612) 338-4878

ATTORNEYS FOR PLAINTIFFS

2

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lyle Brennan, Christopher Richard, and Michael Lundell, on behalf of themselves and other individuals similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Qwest Communications International, Inc., Qwest Communications Corporation, and Qwest Corporation, foreign corporations,<br><br>Defendants. | Civil File No. 07-cv-02024 ADM/JSM<br><br>**PLAINTIFFS' DEMAND FOR ENTRY UPON LAND AND PROPERTY FOR INSPECTION** |

**TO:** Defendants and their attorneys of record.

PLEASE TAKE NOTICE that, pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiffs demand entry upon the premises of Qwest Communications International, Inc., Qwest Communications Corporation, and Qwest Corporation at 265 Lothenbach Avenue, West St. Paul, MN 55118 for the purpose of inspection, measuring, surveying, photographing and videotaping the parking lot, entrances, exits, hallways, locker rooms, time-clocks, lunch-room, break-room, rest-room, vehicle storage/garage area, vehicle preparation area, product storage/stock areas, and all areas regularly accessed by non-exempt workers on **March 9, 2010 at 7:30 a.m.**

1

Dated: Feb 10, 10

NICHOLS KASTER, PLLP

James H. Kaster #53946
kaster@nka.com
Matthew H. Morgan #304657
mmorgan@nka.com
Reena I. Desai #0388311
rdesai@nka.com
4600 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
Telephone (612) 256-3200
Fax (612) 338-4878

ATTORNEYS FOR PLAINTIFFS