UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LYLE BRENNAN, et al.,                      CIVIL NO. 07-2024 (ADM/JSM)

       Plaintiffs,

v.                                                              <u>ORDER</u>

QWEST COMMUNICATIONS
INTERNATIONAL, INC., et al.,

       Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 10, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1.      The claims of the following plaintiffs are **DISMISSED** with prejudice:

        Lorie L. Bergman
        Joshua D. Binkley
        William H. Eberspacher
        Bruce J. Fix
        Leonard K. Hammerud
        Chad A. Johnson
        Tim Jorgenson
        Ronald H. Klatt
        Charles T. Leininger
        David J. Leslie
        John K. Linafelter
        Justin M. Lorinser
        Scott Lynk

      Michael A. Peterson
      David C. Riess
      Mark M. Sandhoefner
      Bonnie R. Spolarich
      Wayne R. Stangler

2. As a sanction for their failure to respond to the Consent Plaintiff Survey, the following plaintiffs shall be precluded from providing testimony at trial and plaintiffs shall be precluded from introducing evidence on behalf of any of these 16 individuals on any question asked in the Consent Plaintiff Survey, unless the individual has provided to Qwest the information sought in another form:

      Paul A. DiLorenzo
      Brian J. Edgell
      Chad R. Hayft
      Paul D. Johnson
      Charles M. Karie
      James R. Kremer
      Erik R. Lorenz
      Dennis M. Moore
      Lawrence B. Munch
      John J. Nelson
      Joseph A. Schlosser
      Kevin J. Sobczak
      Jennifer R. Stevens
      Jerry L. Swanson,
      John A. Thibedeau,
      Robbin A. Vessel

3. Brenda Selby shall provide to Qwest the executed signature page of her Consent Plaintiff Survey prior to her deposition or shall sign or attest to the Survey at her deposition.

4. Paul Oberholtzer shall be prepared to answer and shall answer

Question 19 of the Consent Plaintiff Survey at his deposition.

Dated: March 4, 2010

s/Ann D. Montgomery

ANN D. MONTGOMERY
United States District Court Judge