# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR PLAINTIFFS' RESPONSE IN OPPOSITION TO QWEST'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO THE "QJD THEORY"**

*Brennan, et al.*

                Plaintiffs,

v.   Case Number: *07-cv-2024 ADM/JSM*

*Qwest Communications Int'l, Inc., et al.*

                Defendants,

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Plaintiffs' Response in Opposition to Qwest's Motion for Partial Summary Judgment as to the "QJD Theory"

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

\_\_\_ Voluminous Document* (Document number of order granting leave to file conventionally: \_\_\_ )

\_\_\_ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

\_\_\_ Physical Object (description):

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

 X  Item Under Seal pursuant to a court order* (Document number of protective order: 34)

\_\_\_ Item Under Seal pursuant to the Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1
    (Document number of redacted version: \_\_\_ )

\_\_\_ Other (description):

* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).